# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS MOURATIDIS,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-4860** |
| | : | |
| **JUDGE IDEE C. FOX,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 6th day of March, 2023, upon consideration of Plaintiff Louis Mouratidis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                               **BY THE COURT:**

                                               /s/ Harvey Bartle III

                                             **HARVEY BARTLE III, J.**